EDMUND G. BROWN JR.
Attorney General of California
RENE L. LUCARIC
Supervising Deputy Attorney General
LEENA M. SHEET
Deputy Attorney General
State Bar No. 235415
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2132
 Fax: (213) 897-1071
 E-mail: Leena.Sheet@doj.ca.gov
Attorneys for Defendants
M. Cate, D. Long, G. Sandor and J. McKinnie

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMIAN ERIC GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendants. | EDCV 09-1858 ~~JSL~~ ODW (AGR)<br><br>[~~PROPOSED~~] ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE BY STIPULATION<br><br>Courtroom: D - 8th Floor<br>Judge: The Honorable J. Spencer Letts<br>Trial Date: None Assigned<br>Action Filed: 10/8/2009 |

On the stipulation of the parties and the attorneys of record of the parties who have appeared in this action,

IT IS ORDERED that this Action, Case No. 09-1858 JSL (AGR) shall be dismissed with prejudice. Each party shall bear his own attorney's fees, costs and expenses of any type. There is no prevailing party in this action.

Dated: 5-10-2010

THE HONORABLE ~~J. SPENCER LETTS~~
OTIS D. WRIGHT, II

1